IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00801-WYD-BNB

CRAIG PRATT,

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,
WAL-MART ASSOCIATES, INC., a Delaware corporation,
AMERICAN HOME ASSURANCE COMPANY, a foreign insurance company authorized to do business in Colorado,
CLAIMS MANAGEMENT, INC., an Arkansas corporation d/b/a CLAIMS MANAGEMENT, INC., of Arkansas and d/b/a ARKANSAS CLAIMS MANAGEMENT, INC.,
CLAIMS MANAGEMENT INC., OF ARKANSAS, and
ARKANSAS CLAIMS MANAGEMENT, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Unopposed Motion to Amend Complaint** [Doc. # 27, filed 7/3/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the **First Amended Complaint and Jury Demand** [Doc. # 27-3]. The defendants shall respond to the First Amended Complaint and Jury Demand within 10 days.

Dated July 6, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge