IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00801-WYD-BNB

CRAIG PRATT,

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,
WAL-MART ASSOCIATES, INC., a Delaware corporation,
AMERICAN HOME ASSURANCE COMPANY, a foreign insurance company authorized to do business in Colorado,
CLAIMS MANAGEMENT, INC., an Arkansas corporation d/b/a CLAIMS MANAGEMENT, INC., of Arkansas and d/b/a ARKANSAS CLAIMS MANAGEMENT, INC.,
CLAIMS MANAGEMENT INC., of Arkansas, and
ARKANSAS CLAIMS MANAGEMENT, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Withdraw Motion for Determination of Dr. James Williams' Reasonable Fees Under F.R.C.P. 26(b)(4)(C) Motion for Determination of Expert and to Vacate Hearing** [docket no. 51, filed October 19, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for October 26, 2007, is VACATED.

IT IS FURTHER ORDERED the **Motion for Determination of Dr. James Williams' Reasonable Fees Under F.R.C.P. 26(b)(4)(C) Motion for Determination of Expert and to Vacate Hearing** [docket no. 47, filed October 2, 2007] is DENIED AS MOOT.

DATED:  October 19, 2007