IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00801-WYD-BNB

CRAIG PRATT,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation;
WAL-MART ASSOCIATES, INC., a Delaware corporation;
AMERICAN HOME ASSURANCE COMPANY, a foreign insurance company authorized to do business in Colorado;
CLAIMS MANAGEMENT, INC., an Arkansas corporation, d/b/a CLAIMS MANAGEMENT, INC, of Arkansas and d/b/a ARKANSAS CLAIMS MANAGEMENT, INC.; CLAIMS MANAGEMENT INC., of Arkansas; and
ARKANSAS CLAIMS MANAGEMENT, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion for Dismissal With Prejudice (filed February 26, 2008). The motion seeks a dismissal of the case with prejudice based on the fact that the parties have reached a settlement of the dispute. Having reviewed the motion and the file, I conclude that the motion should be granted and the case dismissed. Accordingly, it is

ORDERED that Plaintiff's Motion for Dismissal with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, each side to pay their own attorneys' fees and costs.

Dated: February 26, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge